**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 580 MAL 2019 |
| Respondent | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| v. | : |
| VICTOR SIMMONS, | : |
| Petitioner | : |
| COMMONWEALTH OF PENNSYLVANIA, | : No. 581 MAL 2019 |
| Respondent | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| v. | : |
| VICTOR SIMMONS, | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of March, 2020, the Petition for Allowance of Appeal and the Application pursuant to Pa.R.A.P. 2501(a) are **DENIED**.